**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al.<br>  v.<br>NORTHWEST MECHANICAL CONTRACTORS, INC., an Illinois corporation | Case Number:<br>FILED<br>March 12, 2008   TG<br>08cv1464<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., Plaintiffs herein

| |
|---|
| NAME (Type or print)<br> Jennifer L. Dunitz-Geiringer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Jennifer L. Dunitz-Geiringer |
| FIRM<br> Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS<br> 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP<br> Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237001 | TELEPHONE NUMBER<br>312/236-4316 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐