## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1464

Assigned/Issued By: j. n.

Judge Name: HOLDERMAN

Designated Magistrate Judge: COLE

### FEE INFORMATION

Amount Due:
- [✓] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350

Receipt #: 2606423

Date Payment Rec'd: 3-12-08

Fiscal Clerk: J. N.

### ISSUANCES

- [✓] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment

_____
_____
*(Victim, Against and $ Amount)*

- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Other
- [ ] Writ _____
   *(Type of Writ)*

_____
_____
*(Type of issuance)*

1   Original and 0   copies on   3-12-08   as to   DEFENDANT
                                  *(Date)*